

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2015

No. 04-14-00874-CV

Juan Alberto **CASTILLO** and Ana L. Perez,
Appellants

v.

**COMPASS BANK,**
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2014-CVD-000024-L2
Honorable Jesus Garza, Judge Presiding

## O R D E R

The court reporter's notification of late record is GRANTED. The reporter's record is due on February 6, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court